■ In the Matter of GARY KNOWLE et al., Petitioners, v JAMES B. KANE et al., Respondents, and RICHARD J. ARCARA, Intervenor-Respondent.—Application unanimously denied and petition dismissed, without costs. Memorandum: Mandamus, like prohibition, is an extraordinary remedy and it is not appropriate in

this case *(see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16; *see also, Matter of Okereke v Kane,* 98 AD2d 990). (Article 78.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.